# Third District Court of Appeal
## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1198
Lower Tribunal No. F90-45486B

————————

**Anthony Tyrone Simon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Ana M. Davide, P.A., and Ana M. Davide, for appellant.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.